No. 10–10735.  CARDONA v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 10–10736.  MIKNEVICH v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 10–10737.  MORAGA v. MCDANIEL, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–10740.  PETERKA v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 10–10741.  EATON v. NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 10–10742.  DAUGHERTY v. MANONE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 10–10743.  CARR v. WARREN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 10–10744.  CERON-GARCIA v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 10–10745.  GRIFFITH v. BIRD ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–10748.  CRUZ BARRAZA, AKA BARRAZA, AKA CRUZ-BARRAZA, AKA GARCIA, AKA GEOVAVAY BARRAZA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–10749.  GREENE v. WASHINGTON.  Ct. App. Wash.  Certiorari denied.

No. 10–10750.  HOWELL v. BROWN, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY.  C. A. 7th Cir.  Certiorari denied.

No. 10–10751.  GIVENS v. RANDOLPH ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 10–10752.  HAWKINS v. CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.